**STATE of Missouri, Plaintiff/Respondent,**

v.

**Cornell WATSON, Defendant/Appellant.**

**Cornell WATSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**Nos. 57696, 59778.**

Missouri Court of Appeals, Eastern District, Division One.

Feb. 25, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 24, 1992.

Application to Transfer Denied June 2, 1992.

Ellen A. Blau, David C. Hemingway, St. Louis, for defendant/appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant was convicted by a jury of possession of heroin and sentenced by the

court as a prior offender to three years imprisonment. He also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).